UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES LEE BRANDON,

    Petitioner,

                 Case No. 07-20551
v.                  Honorable Thomas L. Ludington

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITIONER'S MOTION TO VACATE SENTENCE

Petitioner Charles Brandon filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. On October 2, 2012, Magistrate Judge Charles E. Binder issued a report recommending the motion be denied. Judge Binder maintained that no material factual dispute existed to warrant an evidentiary hearing on the issue. Rep. & Rec. 8, ECF No. 54. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 54, is **ADOPTED**.

It is further **ORDERED** that Defendants' motion to vacate sentence, ECF No. 51, is **DENIED**.

Dated: October 23, 2012            s/Thomas L. Ludington
                        THOMAS L. LUDINGTON
                        United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail, and on Charles Lee Brandon #41876-039, at FCI Edgefield, Federal Correctional Institution, P.O. Box 725, Edgefield, SC 29824 by first class U.S. mail on October 23, 2012.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS